No. 85.—B. C. FRAZIER v. N. J. SANDLIN, District Attorney, et al.

The act of the Legislature, approved March 16, 1870, entitled "Act Act to regulate public education," etc., repealed all former laws on that subject, therefore the School Directors, appointed prior to its passage, are *functi officiis*, and can not stand in judgment in a suit to annul a sale of school lands, and cancel the obligations given for the price.

APPEAL from the Eleventh District Court, parish of Claiborne. *Egan*, J. John S. *Young*, for plaintiff and appellee. N. J. *Sandlin*, District Attorney. J. D. *Watkins*, for James Graham, Auditor, appellant.

68

LUDELING, C. J. The plaintiff instituted this suit in May, 1870, under the provisions of the act of thirteen March, 1866, to annul a sale of school lands made to him in October, 1859, and to cancel his notes, amounting to $1584, with eight per cent. interest, given for the price of said school lands.

The District Attorney, representing the State, filed an exception, alleging among other matters of defense, that the office of school directors, as it existed when the act of 1866 was adopted, under which plaintiff claims to act, is abolished by the act of sixteenth March, 1870, and that said school directors can not be made parties, etc.

The act No. 6, of the extra session of the General Assembly of 1870, went into effect on the sixteenth March, 1870. The act of 1870 creates a Board of School Directors, who shall have power to appoint, for each ward school district in their respective parishes, a board of three District School Directors, etc. And the act of 1870 repeals the former laws of this State in conflict with it.

Those whom the act of 1866 required should be made parties defendant, in suits like the present, are not parties. The old directors cited are *functi officiis*. See acts of 1870, p. 23, sec. 39. The necessary parties to a judgment are wanting, and the suit must be dismissed.

It is therefore ordered, adjudged and decreed that the judgment of the court *a qua* be reversed, and that the suit be dismissed at plaintiff's costs.